# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**November 23, 2010**

| | | |
|---|---|---|
| 30206 | State v. Chan Fung | Affirmed |

**November 29, 2010**

| | | |
|---|---|---|
| 29544 | Quan v. California Bear Credit Union | Affirmed |
| 30181 | State v. Scondras | Reversed |

**November 30, 2010**

| | | |
|---|---|---|
| 30150 | State v. Ferreira | Vacated and Remanded |
| 30075 | State v. Long | Affirmed |
| 29375 | State v. Oshiro | Affirmed |

**December 1, 2010**

| | | |
|---|---|---|
| 29181 | Brandt Homes Inc. v. Grande | Affirmed |

**December 15, 2010**

| | | |
|---|---|---|
| 29775 | Toth v. Rullo | Affirmed |